# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD L. AMBROSE**,

**Petitioner,**

**v.**

**JOHN EVANS,**

**Respondent.**                                        **No. 10-CV-0172-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on November 7, 2011, the petition is **DENIED** and this case is **DISMISSED** with prejudice.------------------------------------------------------------------

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

**BY:** _____ /s/*Sandy Pannier* _____
        **Deputy Clerk**

Dated: November 7, 2011

Digitally signed by
David R. Herndon
Date: 2011.11.07
11:04:19 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT